■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY PHILLIPS, Appellant.—Appeal by defendant, as limited by his motion, from a

sentence of the County Court, Westchester County, imposed May 20, 1974. Sentence affirmed. This court received and considered defendant's probation report. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.